UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CASE NO. 4:21-CR-00300-SDJ |
| MARK ANTHONY JACKSON (20) | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMMENDATION ON GUILTY PLEA

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Counts One and Nine of the Fifth Superseding Indictment.

The parties have not objected to the Magistrate Judge's findings.

Having reviewed the Magistrate Judge's findings and recommendation, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge and accepts Defendant's guilty plea. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the Magistrate Judge's findings, Defendant is adjudged guilty as to Counts One and Nine of the Fifth Superseding Indictment, charging violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and Title 18 U.S.C. § 2 and 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) and 18

U.S.C. § 2, Conspiracy to Possess with Intent to Manufacture and Distribute Heroin and Methamphetamine; Conspiracy to Possess with Intent to Manufacture and Distribute a Controlled Substance; and Aiding and Abetting.

**So ORDERED and SIGNED this 24th day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE